■ WILLIAM L. MARCHANT et al., Appellants, v. MARIE E. BUCKLEY, Respondent.— Motion by appellants for reargument of their motion for a stay, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ADAM MELZER, Appellant, v. 195 BROADWAY CORP. et al., Respondents. 195 BROADWAY CORP., Third-Party Plaintiff-Appellant, v. T. FREDERICK JACKSON, INC., Third-Party Defendant-Respondent.— Motion by appellant Melzer to dispense with printing, granted. The appeal will be heard on a typewritten record and on appellant's typewritten brief, the brief to include a copy of the opinion, if any, rendered by the court below. The appellant is directed to file one copy of the typewritten record and six copies of his typewritten brief; and to serve one copy of the typewritten record and one copy of his typewritten brief on each respondent. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ ISAAC M. MILLER, as Administrator, Respondent, v. HENRY PARNESS et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Appellants' brief must be served and filed on or before August 15, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH MOREA, Respondent, v. ELIZABETH MURATORE et al., Defendants, and DONALD V. KANE, as Receiver, Appellant.— Motion by respondent to dismiss appeal denied, on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ NORMAN M. OBEDIN et al., Respondents, v. JOSEPH MASIELLO et al., Appellants. PATSY W. CRISPO et al., Appellants, v. NORMAN M. OBEDIN et al., Respondents.— Motion by appellants for reargument and for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ JOSEPH S. POLONSKI, Respondent, v. GLADYS M. POLONSKI, Appellant.— Motion by appellant for reargument of her motion for a stay, pending determination of her appeal, denied. Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. COLONEL MARK FREEMAN, Appellant.— Motion by appellant to vacate order of this court, dated April 26, 1937, and for leave to reargue the original appeal from the judgment of conviction embraced therein, denied (see People v. Freeman, 250 App. Div. 874; People v. Freeman, 6 A D 2d 879). Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK LO CICERO, Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES MILES, Appellant.— Motion by appellant to dispense with printing granted. The appeal